No. 99–1996. J. E. M. AG SUPPLY, INC., DBA FARM ADVANTAGE, INC., ET AL. *v.* PIONEER HI-BRED INTERNATIONAL, INC., 534 U. S. 124. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–5355. JONES *v.* UNITED STATES, 534 U. S. 974; and

No. 01–5811. CURRY *v.* JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL., 534 U. S. 975. Motions for leave to file petitions for rehearing denied.